[No. 2101–3.   Division Three.   January 10, 1978.]

SPOOL & BOUTIQUE, INC., *Respondent,* v.
EASTMONT ENTERPRISES, ET AL,
*Appellants.*

Appeal from a judgment of the Superior Court for Douglas County, No. 10878, Fred Van Sickle, J., entered August 26, 1976. *Reversed in part* by unpublished opinion per McInturff, J., concurred in by Green, J., and Willis, J. Pro Tem.


[No. 2445–3.   Division Three.   January 10, 1978.]

*In the Matter of the Personal Restraint of*
WILLIAM ERNEST FRYE, *Petitioner.*

Appeal from a judgment of the Superior Court for Chelan County, No. 5092, Lawrence Leahy, J., entered November 15, 1976. *Dismissed* by unpublished opinion per Munson, C.J., concurred in by Green and McInturff, JJ.


[No. 2850–2.   Division Two.   January 11, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. KATHERINE LEE ROBINSON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 49994, Waldo F. Stone, J., entered April 12, 1977. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Reed, J.